DAILY NEWS CO. et al. v. SNOW. (Circuit Court of Appeals, Sixth Circuit. November 15, 1917.) No. 3116. In Error to the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge. Butterfield & Keeney and Norris, McPherson, Harrington & Waer, all of Grand Rapids, Mich., for plaintiffs in error. Hatch, McAllister & Raymond, of Grand Rapids, Mich., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

FIRST STATE BANK OF STORDEN v. GALBRAITH. (Circuit Court of Appeals, Eighth Circuit. January 30, 1918.) No. 5096. Appeal from the District Court of the United States for the District of Minnesota. Wilson Borst, of Windom, Minn., and Pfau & Pfau and H. A. Johnson, all of Mankato, Minn., for appellant. Todd, Fosnes, Sterling & Nelson, of St. Paul, Minn., for appellee.

PER CURIAM. Cause docketed and appeal dismissed, at costs of appellant, on motion of appellee, pursuant to rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

FRANKLIN TRANSP. CO. v. GREAT LAKES TOWING CO. (Circuit Court of Appeals, Third Circuit. February 28, 1918.) No. 2265. Appeal from the District Court of the United States for the District of New Jersey; Thos. G. Haight, Judge. Suit in admiralty by the Franklin Transportation Company against the Great Lakes Towing Company. Decree for respondent, and libelant appeals. Affirmed. For opinion below, see 237 Fed. 432. Duncan & Mount, of New York City (Oscar D. Duncan and Warner C. Pyne, both of New York City, of counsel), for appellants. Goulder, White & Garry, of Cleveland, Ohio, and Linton Satterthwaite, of Trenton, N. J. (Harvey D. Goulder and Thomas H. Garry, both of Cleveland, Ohio, of counsel), for appellee. Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. This appeal by the Franklin Transportation Company, as owner of the barge Alexander Maitland, is from a decree dismissing a libel wherein the Great Lakes Towing Company is charged with negligent towage. The opinion of the District Court will be found in 237 Fed. 432, particularly on page 441 et seq., and we see no occasion to discuss the subject further than there appears. We have examined the record with care, and agree with Judge Haight's findings of fact and conclusions of law. The decree is affirmed.

---

GORDON v. ROSENFELD et al. (Circuit Court of Appeals, Sixth Circuit. March 14, 1918.) No. 3082. Appeal from the District Court of the United States for the Western District of Kentucky, in Bankruptcy: Walter Evans, Judge. Charles Claflin Allen, George J. Breaker, and S. T. D. Smith, all of St. Louis, Mo., for appellant. Adolph H. Rosenfeld, of New York City, and Wm. T. Ellis, of Owensboro, Ky., for appellees.

PER CURIAM. Dismissed pursuant to request of counsel for appellant.